71125. MACKEY v. LANIER COLLECTION AGENCY &
SERVICE, INC.
(354 SE2d 215)

BENHAM, Judge.
This court having entered on February 18, 1986, a judgment in the above-styled case (178 Ga. App. 467 (343 SE2d 492) (1986)), reversing the judgment of the trial court; and the judgment of this court having been reversed by the Supreme Court in *Lanier Collection Agency & Svc. v. Mackey*, 256 Ga. 499 (350 SE2d 439) (1986), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.
*Judgment affirmed. McMurray, P. J., and Banke, P. J., concur.*

DECIDED FEBRUARY 13, 1987.

*Louisa Abbot, Thomas W. Gleason, Jr., Charles R. Goldburg, Fletcher Farrington*, for appellant.
*John T. Sparkman, Ronald C. Crawford, Carl S. Pedigo, Jr.*, for appellee.